UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN BURNING BREAST,<br><br>Defendant. | CR 22-cr-50129<br><br>REDACTED INDICTMENT<br><br>Escape from Custody<br>(18 U.S.C. §§ 751(a) and 4082) |

The Grand Jury charges:

On or about July 23, 2022, in the District of South Dakota, the defendant, Steven Burning Breast, did knowingly escape from custody of the Bureau of Prisons at the Community Education Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of South Dakota, upon conviction for a federal felony offense, to wit, the defendant traveled outside the physical and temporal boundaries of his authorized locations, and failed to return to the Community Education Center, all in violation of 18 U.S.C. §§ 751(a) and 4082.

A TRUE BILL:

REDACTED

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____